**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: PARK VIEW APT, LLC,<br><br>Debtor. | : | Chapter 11<br><br>Bankr. No. 24-11663-LSS |
| PARK VIEW APT, LLC,<br><br>Appellants,<br>v.<br><br>AMERICAN FIRST NATIONAL BANK, N.A.,<br><br>Appellee. | : | Civ. No. 26-967-GBW |

## ORDER

At Wilmington, this 17th day of September 2026, having received a recommendation (D.I. 6) from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS HEREBY ORDERED that the recommendation is accepted and briefing on the merits of this appeal shall proceed in accordance with the following schedule (as agreed by the parties):

1. Appellant's opening brief is due on or before **November 13, 2026.**
2. Appellee's answering brief is due on or before **January 15, 2027.**
3. Appellant's reply brief is due on or before **February 19, 2027.**

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE